

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**     **Clerk**     312-435-5670

Date: 6/5/2023

Case Title: Shiba v. Mayorkas

Case Number: 22 C 2357

Judge: Kennelly

### DOCUMENT REMOVED DUE TO REASON(S) CHECKED BELOW

[✓] Document entered in error.

[ ] Document withdrawn or removed per court order of

[ ] Incorrect document linked.

[ ] Other:

[ ] Removed per IOP30(b).

Thomas G. Bruton, Clerk

By: /s/ Melissa Astell
       Deputy Clerk

Rev. 11/29/2016